## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Palladino v. JPMorgan Chase & Co.  Docket No.: 25-1490

Lead Counsel of Record (name/firm) or Pro se Party (name): Kenneth A. Gallo / Paul, Weiss, Rifkind, Wharton & Garrison LLP

Appearance for (party/designation): Mastercard, Inc. / Defendant Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✓) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                             Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✓) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Kenneth A. Gallo
Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP
Address: 2001 K Street NW, Washington, DC 20006
Telephone: (202) 233-7356   Fax: (202) 204-7356
Email: KGallo@paulweiss.com

## RELATED CASES

(✓) This case has not been before this Court previously.
( ) This case has been before this Court previously.  The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 04/17/2025 OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Kenneth A. Gallo
Type or Print Name: Kenneth A. Gallo
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.