## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Palladino v. JPMorgan Chase & Co.  **Docket No.:** 25-1490

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Brette Tannenbaum

Firm: Paul, Weiss, Rifkind, Wharton & Garrison LLP

Address: 1285 Avenue of The Americas, New York, NY 10019

Telephone: (212) 373-3852     Fax: (212) 492-0852

E-mail: BTannenbaum@paulweiss.com

Appearance for: Mastercard, Inc. / Defendant-Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Kenneth A. Gallo / Paul, Weiss, Rifkind, Wharton & Garrison LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 07/31/2024   OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Brette Tannenbaum

Type or Print Name: Brette Tannenbaum