# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Palladino v. JPMorgan Chase & Co.   Docket No.: 25-1490

Lead Counsel of Record (name/firm) or Pro se Party (name): Boris Bershteyn / Skadden, Arps, Slate, Meagher & Flom LLP

Appearance for (party/designation): JPMorgan Chase & Co./Defendants-Appellees; JPMorgan Chase Bank N.A./Defendants-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
    Parties: _____
( ) Incorrect.  Please change the following parties' designations:
    Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete.  As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Boris Bershteyn
Firm: Skadden, Arps, Slate, Meagher & Flom LLP
Address: One Manhattan West, New York, NY 10001-8602
Telephone: 212-735-3834     Fax: 917-777-3834
Email: Boris.Bershteyn@skadden.com

## RELATED CASES

( ) This case has not been before this Court previously.
(✔) This case has been before this Court previously.  The short title, docket number, and citation are:
Palladino v. JPMorgan Chase & Co., 23-1031
( ) Matters related to this appeal or involving the same issue have been or presently are before this Court.  The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on Dec. 6, 2023  OR that ( ) I applied for admission on _____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Boris Bershteyn
Type or Print Name: Boris Bershteyn
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.