## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Palladino v. JPMorgan Chase & Co.                    Docket No.: 25-1490

Lead Counsel of Record (name/firm) or Pro se Party (name): Kara F. Kennedy, Alston & Bird LLP

Appearance for (party/designation): U.S. Bancorp and U.S. Bank National Association, Defendants-Appellees

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✔] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✔] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
Parties: _____

[ ] Incorrect.    Please change the following parties' designations:
    Party                                      Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✔] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

## RELATED CASES

[ ] This case has not been before this Court previously.
[✔] This case has been before this Court previously.    The short title, docket number, and citation are: _____
Palladino v. JPMorgan Chase & Co., Docket No. 23-1031
[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on
10/14/2022 _____ OR that [ ] I applied for admission on _____ or renewal on
_____.    If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.
Signature of Lead Counsel of Record: /s/ Kara F. Kennedy
Type or Print Name: Kara F. Kennedy
        OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.