## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Palladino v. JPMorgan Chase & Co.  **Docket No.:** 25-1490

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Lara Flath

**Firm:** Skadden, Arps, Slate, Meagher & Flom LLP

**Address:** One Manhattan West, New York, NY 10001-8602

**Telephone:** 212-735-3717   **Fax:** 917-777-3717

**E-mail:** Lara.Flath@skadden.com

**Appearance for:** JPMorgan Chase & Co./Defendants-Appellees; JPMorgan Chase Bank N.A./Defendants-Appellees
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Boris Bershteyn / Skadden, Arps, Slate, Meagher & Flom LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Lara Flath

**Type or Print Name:** Lara Flath